F. H. WEST, G. W. WARWICK, HAWKINS & BURKE, for plaintiff in error.

LYON, DEGRAFFENREID & IRVIN, for defendants.

---

ELBERT D. WATSON, plaintiff in error, *vs.* HENRY JOHNSON, defendant in error.

If no record be sent up, and no diminution is suggested, or other step be taken to supply the record, on or before the calling of the cause upon the docket for a hearing, the writ of error will be dismissed. (R.)

Equity from Lee County.

When this cause was called in its order on the docket for a hearing, it appeared that no record had been sent up from the Court below, and no suggestion of a diminution of the record was made, as required by the 9th Rule of this Court: 38th Georgia Reports, 689. The writ of error was therefore dismissed.

HAWKINS & BURKE, F. H. WEST, G. W. WARWICK, for plaintiff in error.

LYON, DEGRAFFENREID & IRVIN, for defendant.